IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OWAIIAN JONES, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14cv00522 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| SWANSON SERVICES CORP., *et al.*, | ) | By: Michael F. Urbanski |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED** as frivolous pursuant to 28 U.S.C. §1915A(b)(1) and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

Entered: October 20, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge